UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMBER LAVENDER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C10-5785 RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 24);

(2)     The matter therefore is **REVERSED** and **REMANDED** to the Administration for further consideration; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 19th day of August, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1