# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMBER LAVENDER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C10-5785RJB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 24); and

The matter therefore is **REVERSED** and **REMANDED** to the Administration for further consideration.

  September 13, 2011  
Date

  WILLIAM M. McCOOL  
Clerk

  *s/CM Gonzalez*  
Deputy Clerk