# United States District Court

## WESTERN DISTRICT OF WASHINGTON

AMBER LAVENDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5785RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 24); and

The matter therefore is **REVERSED** and **REMANDED** to the Administration for further consideration.

___September 13, 2011___
Date

___WILLIAM M. McCOOL___
Clerk

___s/CM Gonzalez___
Deputy Clerk